**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 181 MAL 2020

         Respondent               :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

         v.                        :

                                   :

HAROLD AUGUSTUS DAVIS, JR.,       :

                                   :

         Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.